No. —, Original. *Ex parte:* IN THE MATTER OF ERWIN R. BERGDOLL, PETITIONER. April 24, 1922. Motion for leave to file a petition for a writ of habeas corpus denied. *Mr. Joseph D. Shewalter* for petitioner.

---

No. —, Original. *Ex parte:* IN THE MATTER OF FIDELITY & DEPOSIT COMPANY OF MARYLAND ET AL. April 24, 1922. Motion for leave to defer reprinting previous record on application for certiorari granted. Motion for leave to file petition for writ of mandamus herein denied. *Mr. Charles Markell, Mr. Edward Osgood Brown* and *Mr. Edwin J. Marshall* for petitioners.

---

No. 62. JOE ALI ET AL. *v.* DAVID LEHRHAUPT, IMMIGRATION INSPECTOR, ETC. Appeal from the District Court of the United States for the Western District of New York. Motion to dismiss submitted April 17, 1922. Decided April 24, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Brolan* v. *United States,* 236 U. S. 216, 217–218; *Sugarman* v. *United States,* 249 U. S. 182, 185. See *Samad* v. *Behrandt,* 257 U. S. 613. *Mr. Hannis Taylor* for appellants. *Mr. Solicitor General Beck* for appellee.

---

No. 239. VIRGINIA BAILEY ET AL. *v.* OREGON-WASHINGTON RAILROAD & NAVIGATION COMPANY. Error to the Supreme Court of the State of Oregon. Motion to dismiss submitted April 17, 1922. Decided April 24, 1922. *Per Curiam.* Dismissed for want of jurisdiction. § 237, Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Thomas Mannix* and *Mr. George Arthur Brown* for plaintiffs in error. *Mr. H. W. Clark, Mr. A. C. Spencer* and *Mr. John F. Reilly* for defendant in error.